| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 19 8 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Fawsett, Patricia C | 2. Court or Organization U.S. District Court FL-M | 3. Date of Report 5/1/05 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge | 5. ReportType (check appropriate type) ● Nomination ate ● Initial ⊙ Annual ● Final | 6. Reporting Period 1/1/04 to 12/31/04 |
| 7. Chambers or Office Address 80 N. Hughey Ave. Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member- Board of Trustees | University of Florida / Levin College of law |
| 2. Honorary Founding Trustee | The Negro Spiritual Scholarship Foundation |
| 3. Member - Board of Directors | Bok Tower Gardens Foundation, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED May 16 2 56 PM '05

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | 2004 | Edward Jones Investments / Stock broker |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 5/1/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AIM FUNDS  Aim Constellation | | None | J | T | | | | | |
| 2. AMERICAN FUNDS Fundamental Investors Fund A | A | Dividend | L | T | | | | | |
| 3. AMERICAN FUNDS Growth Fund of America | A | Dividend | L | T | | | | | |
| 4. AMERICAN FUNDS  Investment Compnay of America | B | Dividend | L | T | | | | | |
| 5. AMERICAN FUNDS  - New Economy Fund A | A | Dividend | K | T | | | | | |
| 6. LORD ABBETT FUNDS  Affiliated Funds A | A | Dividend | K | T | | | | | |
| 7. LORD ABBETT FUNDS  Mid Cap Fund A | B | Dividend | K | T | | | | | |
| 8. Edward Jones Money Market | | None | J | T | | | | | |
| 9. LORD ABBETT FUNDS Global Equity Fund A | A | Dividend | K | T | | | | | |
| 10. LORD ABBETT FUNDS International Series Fund A | A | Dividend | J | T | | | | | |
| 11. AMERICAN FUNDS - American Balanced Fund | B | Div & Inter | K | T | | | | | |
| 12. AMERICAN FUNDS-Bond Fund of America | B | Interest | K | T | | | | | |
| 13. AMERICAN FUNDS-  Income Fund of America | A | Div & Inter | K | T | | | | | |
| 14. Anch Natl / Sun Amer. Polaris II Annuity / Alliance Grth | A | Dividend | J | T | | | | | |
| 15. Anch Natl / Sun Amer.  Polaris II Annuity /Putnam G & I | A | Dividend | J | T | | | | | |
| 16. Anch Natl/Sun Amer. Polaris II Annuity / Wellington Grth | A | Dividend | K | T | | | | | |
| 17. Hillsbourough County FL Utility Bond | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1  = $1,000,001-$5,000,000 | H2  = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5,000,000 | P2  = $5,000,001 $25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4  = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| | U  = Book Value | V  = Other | W  = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 5/1/05 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Kenosha WI General Obligation Bond | A | Interest | J | T | Redemption | 6-1 | J | | |
| 19. PUTNAM FUNDS Putman Fund for growth and Income | A | Dividend | K | T | | | | | |
| 20. Wetherbee Rd Tenants in Common/Orange Cty Fl.- Real Est | | | J | R | | | | | |
| 21. PUTNAM FUNDS -George Putnam Fund A | A | Dividend | K | T | | | | | |
| 22. Anchor Nat'l Life Ins Anuty-Polaris II/ Davis Venture | A | Dividend | K | T | | | | | |
| 23. Anchor Nat'l Life Ins Anuty-Polaris II/Davis Real Est | A | Dividend | K | T | | | | | |
| 24. Anchor Nat'l Life Ins Anuty- Polaris II/ MFS MidCapGrth | A | Dividend | K | T | | | | | |
| 25. Anchor Nat'l Life Ins Anuty-Polaris II/MFS Tl return | A | Dividend | J | T | | | | | |
| 26. PUTNAM FUNDS - US Govt Income A | A | Dividend | K | T | | | | | |
| 27. VAN KAMPEN FUNDS Comstock Fund A | A | Dividend | K | T | | | | | |
| 28. AMERICAN FUNDS- Growth Fund of America | | None | J | T | | | | | |
| 29. AMERICAN FUNDS - Investment Company of America | A | Dividend | J | T | | | | | |
| 30. EDWARD JONES MONEY MARKET | A | Dividend | J | T | | | | | |
| 31. HARTFORD FUNDS - Capital Appreciation A | | None | J | T | | | | | |
| 32. HARTFORD FUNDS - Mid Cap Fund A | | None | J | T | | | | | |
| 33. HARTFORD FUNDS- Stock Fund A | | None | J | T | | | | | |
| 34. VAN KAMPEN FUNDS - Comstock Fund A | A | Dividend | J | T | | | | | |
| 35. VAN KAMPEN FUNDS-Value Fund A | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(see Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 5/1/05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. PUTNAM FUNDS-New Value A | A | Dividend | J | T | | | | | |
| 37. AMERICAN FUNDS -Smallcap World Fund A | | None | J | T | | | | | |
| 38. AIM FUNDS -Constellation Fund A | | None | J | T | Gifted | | | | |
| 39. AMERICAN FUNDS -Washington Mutual Fund A | A | Dividend | J | T | Gifted | | | | |
| 40. AMERICAN FUNDS - EuroPacific Growth Fund A | A | Dividend | J | T | Gifted | | | | |
| 41. AMERICAN FUNDS- Growth Fund of America A | A | Dividend | J | T | Gifted | | | | |
| 42. VAN KAMPEN FUNDS -Emerging Grth Fund A | A | Dividend | J | T | Gifted | | | | |
| 43. AMERICAN FUNDS- New Economy Fund A | A | Dividend | J | T | Gifted | | | | |
| 44. Suntrust Money Market | | None | J | T | | | | | |
| 45. Carolina First Bank CD | | None | J | T | Buy | 6-1 | | | |
| 46. Carolina First Bank CD | A | Interest | J | T | Redemption | 9-16 | | | |

| 1. Income Gain Codes | A | $1,000 or less | B | $1,001-$2,50 | C | $2,001-... | D | ...-$15,000 | E | ...-$... |
|---|---|---|---|---|---|---|---|---|---|---|
| (See Columns B1 and D4) | | $50,001-$100,000 | U | = $100,001-$1,000,000 | H | $1,000,001-$5,... | | = More than $5,...... | | |
| 2. Value Codes: | J | $15,000 or less | K | = $15,001-$50,000 | L | = $50,001-$100,000 | M | = $100,001-$250,000 | | |
| (See Columns C1 and D3) | N | = $250,000-$500,000 | ● | = $500,001-$1,000,000 | P1 | = $1,000,001-$5,000,000 | P2 | = $5,000,001-$25,000,000 | | |
| | P3 | = $25,000,001-$50,000,000 | | | P4 | = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q | = Appraisal | R | = Cost (Real Estate Only) | S | = Assessment | T | = Cash/Market | | |
| (See Column C2) | U | = Book Value | V | = Other | W | = Estimated | | | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Fawsett, Patricia C | 5/1/05 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date May 5, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544